428 A.2d 690

Commonwealth v. Dunn, Appellant.

Argued March 3, 1980. Steven V. Manbeck, Public Defender, for appellant; Michael Johnston, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

428 A.2d 690

Commonwealth v. Ferguson, Appellant.

Submitted December 6, 1979. Roy Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.